# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**MICHAEL POWERS, #157713**                              **PLAINTIFF**

**V.**                 **CIVIL ACTION NO. 5:17cv-26-KS-JCG**

**JODY BRADLEY, et al.**                                  **DEFENDANTS**

## MOTION TO SUBSTITUTE DEFENDANT

Defendant Nurse Unknown Robinson ("Nurse Robinson" or "Defendant") files this this Motion to Substitute Defendant. In support of its motion, Nurse Robinson shows the Court the following:

1. After receiving the Complaint in this matter, it was initially determined that Defendant Nurse Unknown Robinson in the Complaint was Nurse Kerry Robinson. Upon further investigation, however, it has been determined that the correct Nurse Robinson is Eshunna Robinson.

2. Therefore, Nurse Eshunna Robinson should be substituted for Nurse Kerry Robinson as the correct party named in the Complaint as Nurse Unknown Robinson.

WHEREFORE, Defendant Nurse Robinson respectfully requests that this Court enter an Order substituting Nurse Eshunna Robinson as the correct defendant named as Nurse Unknown Robinson in Plaintiff's Complaint.

Respectfully submitted, this the 13th day of November, 2017.

                                             */s/ Michael L. Cowan*
                                             Michael J. Bentley (MS Bar 102631)
                                             Michael L. Cowan (MS Bar 104868)
                                             *ATTORNEYS FOR DEFENDANT NURSE ESHUNNA*
                                             *ROBINSON*

-2-

OF COUNSEL:

BRADLEY ARANT BOULT CUMMINGS, LLP
Suite 400, One Jackson Place
188 East Capitol Street
Post Office Box 1789
Jackson, MS 39215-1789
Telephone:   (601) 948-8000
Facsimile:    (601) 948-3000

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing via the Court's CMC/ECF system, which will deliver copies to all counsel of record and a hard copy to the following:

Michael Powers, #157713
WCCF
2999 Hwy 61 North
WOODVILLE, MS 39669

This, the 13th day of November, 2017.

                                              /s/Michael L. Cowan
                                              MICHAEL L. COWAN