IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL POWERS #157713                                   PLAINTIFF

VS.                                                         CAUSE NO. 5:17-CV-00026-KS-MTP

JODY BRADLEY, LARRY LEE,
UNKNOWN REESE, UNKNOWN HOWARD,
UNKNOWN ROBINSON                                           DEFENDANTS

## MOTION TO INDIVIDUALLY WITHDRAW AS COUNSEL

Matthew W. Walton, individually, files this Motion to Withdraw as one of Counsel for Defendants, Jody Bradley, Bianca Reese and Jasmine Hauer, with the law firm of Daniel Coker Horton & Bell, P.A. ("Daniel Coker") continuing as counsel of record, and states:

1. Steven J. Griffin and Matthew W. Walton are currently counsel of record for Jody Bradley, Bianca Reese and Jasmine Hauer.

2. After October 12, 2018, Matthew W. Walton will no longer be employed by Daniel Coker.

3. Jody Bradley, Bianca Reese and Jasmine Hauer will continue to be represented by Steven J. Griffin and the law firm of Daniel Coker following Mr. Walton's departure.

4. Mr. Walton's withdrawal as counsel of record in this matter will not unreasonably delay the case or prejudice the parties in any manner.

WHEREFORE, PREMISES CONSIDERED, Matthew W. Walton respectfully requests the Court enter an order permitting him to withdraw as counsel for the Defendants, Jody Bradley, Bianca Reese and Jasmine Hauer.

THIS, the 12th day of October, 2018.

D1058660.1

          Respectfully submitted,

          JODY BRADLEY, BIANCA REESE AND JASMINE HAUER

    BY:    /s/*Matthew W. Walton*
              OF COUNSEL

STEVEN J. GRIFFIN - BAR # 103218
sgriffin@danielcoker.com
MATTHEW W. WALTON - BAR # 105368
mwalton@danielcoker.com
DANIEL COKER HORTON AND BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI 39215-1084
TELEPHONE: (601) 969-7607
FACSIMILE: (601) 969-1116

## CERTIFICATE OF SERVICE

    I, Matthew W. Walton, hereby certify that on October 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record, and I hereby certify that I have mailed by United States Postal Service the document to the following non-ecf participants:

        Michael Powers #157713
        Wilkinson County Correctional Facility
        2999 U.S. Hwy 61 North
        Woodville, MS 39669

                                /s/Matthew W. Walton

133094/phg